UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RALPH HOWARD BLAKELY, | ) | CASE NO. C07-1803-RAJ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: DEFENDANTS' |
| | ) | MOTION FOR EXTENSION OF TIME |
| HERB SNIVELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants submitted a proposed order granting a motion to extend the discovery cutoff in this case. (Dkt. 14.) However, they failed to submit an associated motion, as is required by Local Civil Rule 7(b)(1). Defendants also failed to correctly note such a motion in accordance with CR 7(d)(2) ("All motions filed in a case in which a party is under civil or criminal confinement shall be subject to the briefing schedule under Rule 7(d)(1) or 7(d)(3), not this subsection.") Accordingly, defendants' proposed order is stricken without prejudice from the Court's calendar. Defendants may file a corrected motion and proposed order for the Court's consideration.

DATED this <u>15th</u> day of January, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: DEFENDANTS'
MOTION FOR EXTENSION OF TIME
PAGE -1