# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RALPH HOWARD BLAKELY, | CASE NO. C07-1803-RAJ-MAT |
| Plaintiff, | |
| v. | ORDER RE: ADDITIONAL BRIEFING |
| HERB SNIVELY, et al., | |
| Defendants. | |

Plaintiff filed a Motion for a Preliminary Injunction to Compel Proper Medical Treatment. (*See* Dkts. 21 & 24.) In response, defendants assert, without any associated discussion, that plaintiff fails to make a showing sufficient to justify the granting of a preliminary injunction as required by Federal Rule of Civil Procedure 65. (Dkt. 26 at 4.) The Court finds this response insufficient. Defendants shall submit a more detailed response to plaintiff's motion on or before **February 25, 2008**. Plaintiff's motion is RENOTED for consideration on **February 29, 2008** and plaintiff may submit a reply as of that same date.

DATED this 6th day of February, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: ADDITIONAL BRIEFING
PAGE -1