UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RALPH HOWARD BLAKELY, | ) | CASE NO. C07-1803-RAJ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SECOND ORDER RE: |
| | ) | ADDITIONAL BRIEFING |
| HERB SNIVELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff raised an issue in his Motion to Admit Supplemental Declarations (Dkt. 34) that necessitates additional briefing. He notes that Dr. John Kenney, who submitted a declaration on behalf of defendants, did not address the issue of "Glucosamine Chondroitin." He also submitted documents with his reply reflecting that at least one physician has recommended he receive the treatment at issue. (Dkt. 33.) Defendants contend that a response was not necessary given that plaintiff did not mention this issue in his motion for a preliminary injunction. However, while not addressed in the actual motion, plaintiff mentioned this issue in an affidavit, declaration, and proposed order associated with the motion. ( *See* Dkt. 21.) Accordingly, to allow for full consideration of plaintiff's claims, the Court hereby ORDERS defendants to submit an additional

SECOND ORDER RE: ADDITIONAL BRIEFING
PAGE -1

response and declaration on this issue on or before **March 24, 2008**.  Plaintiff's pending motions (Dkts. 24 & 34) are RENOTED for consideration on **March 28, 2008** and plaintiff may submit an additional reply as of that same date.

DATED this 10th day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

SECOND ORDER RE: ADDITIONAL BRIEFING
PAGE -2