UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RALPH HOWARD BLAKELY, | ) | CASE NO. C07-1803-RAJ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SECOND MOTION |
| | ) | FOR APPOINTMENT OF COUNSEL |
| HERB SNIVELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Ralph Howard Blakely proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. The Court previously denied plaintiff's request for appointment of counsel. (*See* Dkt. 29.) Plaintiff now renews his request for appointment of counsel. (Dkt. 42.) Defendants oppose plaintiff's request. (Dkt. 44.) Having considered all documents filed in support and in opposition to the pending motion, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an

inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's renewed motion for appointment of counsel (Dkt. 42) is DENIED.

(2) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable Richard A. Jones.

DATED this 16th day of May, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: SECOND MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2