UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RALPH HOWARD BLAKELY, ) | CASE NO.: C07-1803-RAJ-MAT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| v. ) | MOTION FOR PRELIMINARY |
| ) | INJUNCTION AND TO ADMIT |
| HERB SNIVELY, et al., ) | SUPPLEMENTAL DECLARATIONS |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court, having reviewed Plaintiff's motion for preliminary injunction (Dkt. # 24), Plaintiff's motion to admit supplemental declarations (Dkt. # 34), Defendants' opposition thereto, the Report and Recommendation (Dkt. # 40) of Mary Alice Theiler, United States Magistrate Judge, Plaintiff's objections to the Report and Recommendation (Dkt. # 41), and the Defendants' response thereto, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunction (Dkt. # 24) and his motion to admit supplemental declarations (Dkt. # 34) are DENIED; and,

ORDER DENYING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND TO ADMIT
SUPPLEMENTAL DECLARATIONS
PAGE -1

(3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 17th day of June, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND TO ADMIT
SUPPLEMENTAL DECLARATIONS
PAGE -2