UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RALPH HOWARD BLAKELY, | ) | CASE NO. C07-1803-RAJ-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: PENDING MOTIONS |
| HERB SNIVELY, et al., | ) | |
| Defendants. | ) | |

Plaintiff Ralph Howard Blakely proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. Plaintiff filed a third motion to compel production of documents/ sanctions (Dkt. 59), a motion to compel transport to medical treatment (Dkt. 60), and a motion to stay proceedings (Dkt. 68). Defendants oppose plaintiff's motions. (Dkts. 62, 63 & 69.) Having considered all documents filed in support and in opposition to the pending motions, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) Plaintiff seeks an order compelling the production of documents and ordering sanctions. (Dkt. 59.) He contends that defendants have refused to respond to any interrogatories under the discovery process, seeks an order requiring defendants' response to those

ORDER RE: PENDING MOTIONS
PAGE -1

interrogatories, and requests monetary sanctions. Defendants construe plaintiff's motion as seeking an order compelling them to respond to plaintiff's first and second set of interrogatories and his first and second requests for production of documents. The Court previously deemed plaintiff's requests for production of documents premature (Dkts. 29 & 58) and denied a motion to compel the cooperation of defense counsel in responding to plaintiff's first set of interrogatories upon finding defendants' responses to the interrogatories to consist of timely and appropriate objections. (Dkt. 58.) The Court's ruling as to plaintiff's first set of interrogatories stands. Likewise, a review of defendants' responses to plaintiff's second set of interrogatories and to his requests for production of documents reveals both defendants' reasonable compliance with the discovery requests and their assertion of appropriate objections. (Dkt. 62, Exs. D, F, G & I.) For these reasons, plaintiff's third motion to compel production of documents/sanctions (Dkt. 59) is DENIED.

(2) Plaintiff seeks to compel his transport to "prepaid acceptable lumbar disc decompression medical treatment" by a Dr. Justin McCormick. (Dkt. 60.) However, as noted by defendants, this Court has already considered and rejected this request in plaintiff's motion for a preliminary injunction. (Dkts. 40 & 57.) As such, plaintiff's duplicative motion to compel transport to medical treatment (Dkt. 60) is DENIED.

(3) Plaintiff seeks to stay proceedings in this matter due to the fact that, on June 30, 2008, he "sustained a head injury with the possibility of brain damage." (Dkt. 68.) Plaintiff supports this motion with a declaration signed by two fellow inmates attesting to his injury. (*Id.*) He indicates that, because of this injury, "he was not able to include all necessary Department of Corrections Exhibits and supported list of experts[,]" was "not competent to clearly explain" that

the undersigned "neglected to forward" to District Judge Richard A. Jones his objections and a reply relating to his request to compel medical treatment, and due to "un-fair tactics of deadline motions to strike [his] supporting declarations, and a great disadvantage to [him] of 'Electronic Filing' as a miscarriage of justice." (*Id.*) However, the Court finds no basis for granting a stay. Despite any injury sustained by plaintiff in June 2008, he was able to subsequently file a substantial response to defendants' pending motion for summary judgment, with multiple declarations and attachments, as well as the two motions discussed above. (Dkts. 59-61.) All of plaintiff's submissions in this case have been available for review by Judge Jones and plaintiff fails to support his bare assertions as to either unfair tactics on the part of defendants or any disadvantage to him in these proceedings. For these reasons, plaintiff's motion to stay proceedings (Dkt. 68) is DENIED.

(4) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable Richard A. Jones.

DATED this 22nd day of August, 2008.

Mary Alice Theiler
United States Magistrate Judge